IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 |
| KIRK LEONCE HAYNES and | ) | Case No. 07-81191-JEM |
| KATHERINE CAREY HAYNES | ) | |
| | ) | |
| Debtors. | ) | |
| KIRK HAYNES, | ) | |
| Movant, | ) | |
| v. | ) | CONTESTED MATTER |
| | ) | |
| FINANCIAL PACIFIC LEASING, LLC, | ) | |
| Respondent. | ) | |

**NOTICE OF REQUIREMENT OF RESPONSE TO MOTION
TO AVOID LIENS ON EXEMPT PROPERTY AND OF TIME TO FILE SAME**

NOTICE IS HEREBY GIVEN that on March 28, 2008, a motion to avoid liens on exempt property pursuant to 11 U.S.C. § 522 was filed in this case.

NOTICE IS FURTHER GIVEN that, pursuant to BLR 6008-2, Respondent must file a response to the renewed motion within 20 days after service, and serve a copy of said response upon Movant. If no response is timely filed and served, the motion will be deemed unopposed and the Bankruptcy Court may enter an order granting the relief sought.

Dated and served this 28th day of March, 2008.

JONES & WALDEN, LLC

/s/ M. Denise Dotson
M. Denise Dotson
Georgia Bar No. 227230
Attorneys for Movant/Debtor
21 Eighth Street, NE
Atlanta, Georgia 30309
(404) 564-9300

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| KIRK LEONCE HAYNES and ) | Case No. 07-81191-JEM |
| KATHERINE CAREY HAYNES ) | |
| ) | |
| Debtors. ) | |
| KIRK HAYNES, ) | |
| Movant, ) | |
| v. ) | CONTESTED MATTER |
| ) | |
| FINANCIAL PACIFIC LEASING, LLC, ) | |
| Respondent. ) | |

## MOTION TO AVOID JUDICIAL LIENS OF
## FINANCIAL PACIFIC LEASING, LLC

COMES NOW Kirk Haynes, Debtor (hereinafter "Debtor"), and moves the Court as follows:

1. On December 17, 2007 ("Petition Date"), the Debtor filed a Voluntary Petition under Chapter 7 of the United States Bankruptcy Code (the "Petition Date"). Robert Trauner was appointed as the Chapter 7 Trustee.

2. Prior to the Petition Date, Financial Pacific Leasing, LLC (hereinafter "Respondent") filed a Complaint commencing case no. 07A62067-3, and, on or about May 3, 2007, obtained a Judgment thereon.

6. Pursuant to Section 522 (f)(1), Debtor moves that this Court avoid any judicial liens of Respondent including but not limited to the following liens of Respondent (the "Liens" or the "Judgment Liens"):

(a) Writ of Fieri Facias recorded by Financial Pacific Leasing, LLC on June 20, 2007, and recorded in Lien Book 470, Page 317, DeKalb County Superior Court Records in the principal amount of $31,173.50, plus interest in the amount of $2,805.61, plus

attorney's fees in the amount of $3,235.87 and plus court costs in the amount of $182.50. A true and correct copy of the lien is attached hereto and incorporated by reference herein as <u>Exhibit "A."</u>

(b)  Writ of Fieri Facias recorded by Financial Pacific Leasing, LLC on July 9, 2007, and recorded in Lien Book 484, Page 52, Henry County Superior Court Records in the principal amount of $31,173.50, plus interest in the amount of $2,805.61, plus attorney's fees in the amount of $3235.87 and plus court costs in the amount of $182.50. A true and correct copy of the lien is attached hereto and incorporated by reference herein as <u>Exhibit "B"</u>.

(c)  Writ of Fieri Facias recorded by Financial Pacific Leasing, LLC on July 25, 2007, and recorded in Lien Book 762, Page 324, Fulton County Superior Court Records in the principal amount of $31173.50, plus interest in the amount of $2805.61, plus attorney's fees in the amount of $3235.87 and plus court costs in the amount of $182.50. A true and correct copy of the lien is attached hereto and incorporated by reference herein as <u>Exhibit "C"</u>.

7.  Pursuant to Section 522(f)(1), the Debtor moves that this Court avoid the liens of Respondent to the extent that such liens impair exemptions to which the Debtor is entitled. Specifically, Movant requests that the Court avoid Respondent's Judgment Liens in their entirety.

8.  The Debtor submits that they have perfected service of this Motion upon (a) the Chapter 7 Trustee, (b) the U.S. Trustee, (c) Respondent at its principal place of business, (d) all corporate addresses as maintained by the Georgia Secretary of State; (e) all known registered agents of Respondent as maintained by the Georgia Secretary of State; and (f) counsel for Respondent who served as counsel in the litigation.

WHEREFORE, DEBTOR prays that: (a) this Motion be inquired into by the Court; (b) that the same be sustained; (c) that the Court avoid Respondent's Judgment Liens to the extent they impair the Movant's exemptions (i.e. in its entirety) pursuant to

11 U.S.C. § 522; specifically, Respondent's Judgment Liens should be avoided in their entirety; and (d) that Debtor be entitled to such other and further relief as is just and proper.

Respectfully submitted this 28th day of March, 2008.

                                        **JONES & WALDEN, LLC**

                                        /s/ *M. Denise Dotson*
                                        M. Denise Dotson
                                        Georgia Bar No. 227230
                                        21 Eighth Street, NE
                                        Atlanta, Georgia 30309
                                        (404) 564-9300

EXHIBIT "A" FOLLOWS

Lien Book      470 Pg  317
Filed and Recorded Jun-28-2007 01:21pm
2007-0117047
Linda Carter
Clerk of Superior Court
DeKalb County, Georgia

# STATE COURT OF DEKALB COUNTY
## GEORGIA, DEKALB COUNTY
## WRIT OF FIERI FACIAS

FINANCIAL PACIFIC LEASING LLC

Plaintiff(s)

VS.

| 07A62067-3 | CASE NUMBER |
| MAY 3 2007 | JUDGMENT DATE |

MILLENNIUM VENTURES INVESTMENT GROUP INC D/B/A C'EST BON, KIRK HAYNES, VICTOR HAYNES, ROBERT MITCHELL A/K/A ROBERT MITCHELL JR AND JOSEPH WEATHERSPOON

Plaintiff's Attorney- Name, Address & Telephone

JAMES W. MARTIN
ONE SECURITIES CENTER SUITE 300
3490 PIEDMONT ROAD NE
ATLANTA, GA 30305

Defendant(s)

*To the Marshal of the State Court of DeKalb County or his lawful Deputies and to all and singular the Sheriffs of the State or their lawful Deputies; and to all lawful Constables of said State.*

404-266-2421      Telephone & Area Code

Fi. Fa in Hands of:    ATTORNEY

In the above styled case, and on the judgment date set out, the plaintiff(s) named above recovered against the defendant(s) named above, judgment in the following sums.

**CANCELLATION**
The within and foregoing Fi. Fa. having been paid in full the Clerk of Superior Court is hereby directed to cancel it of record this _____ day of _____ 20___

| Amount | Type |
|---:|---|
| 31173.50 | Principal |
| 2805.61 | Interest |
| 0.00 | Other |
| 3235.87 | Attorney's Fees |
| 182.50 | Court Costs |
| 37397.48 | Total |

Signature: _____

Title: _____

NOTE:

with future interest upon said principal amount from the date of judgment at the legal rate 18%

Therefore, YOU ARE COMMANDED, that the goods and chattels, lands and tenements of said defendant(s) and ESPECIALLY/ONLY of the following described property, to wit:

You cause to be made the several sums set out in the foregoing recital of the judgment in this case and have the said several sums of money before the State Court of this County at the next term of court, with this Writ to render to said plaintiff(s) the principal, interest, attorney fees and cost aforesaid.

Witness the Honorable Judges of said Court.

This June 12, 2007.

Kenneth Cheek, Clerk
State Court of DeKalb County

By: _____
         Deputy Clerk

EXHIBIT "B" FOLLOWS

Lien Book 470 Pg 317
Filed and Recorded Jun-20-2007 01:21pm
2007-0117047
Linda Carter
Clerk of Superior Court
DeKalb County, Georgia

**STATE COURT OF DEKALB COUNTY**
**GEORGIA, DEKALB COUNTY**
**WRIT OF FIERI FACIAS**

FINANCIAL PACIFIC LEASING LLC

Plaintiff(s)

VS.

| | |
|---|---|
| 07A62067-3 | CASE NUMBER |
| MAY 3 2007 | JUDGMENT DATE |

Plaintiff's Attorney- Name, Address & Telephone

JAMES W. MARTIN
ONE SECURITIES CENTER SUITE 300
3490 PIEDMONT RAOD NE
ATLANTA, GA 30305

MILLENNIUM VENTURES
INVESTMENT GROUP INC D/B/A
C'EST BON, KIRK HAYNES,
VICTOR HAYNES, ROBERT
MITCHELL A/K/A ROBERT
MITCHELL JR AND JOSEPH
WEATHERSPOON

Defendant(s)

*To the Marshal of the State Court of DeKalb County or his lawful Deputies and to all and singular the Sheriffs of the State or their lawful Deputies: and to all lawful Constables of said State.*

404-266-2421   Telephone & Area Code

Fi. Fa in Hands of: ATTORNEY

**CANCELLATION**
The within and foregoing Fi. Fa. having been paid in full the Clerk of Superior Court is hereby directed to cancel it of record this _____ day of _____ 20____

Signature: _____

Title: _____

In the above styled case, and on the judgment date set out, the plaintiff(s) named above recovered against the defendant(s) named above, judgment in the following sums.

| | |
|---|---|
| 31173.50 | Principal |
| 2805.61 | Interest |
| 0.00 | Other |
| 3235.87 | Attorney's Fees |
| 182.50 | Court Costs |
| 37397.48 | Total |

DOC# 009342
FILED IN OFFICE
07/09/2007   03:08 PM
BK:484   PG:52-52
JUDITH A LEWIS
CLERK OF SUPERIOR COURT
HENRY COUNTY

NOTE:

with future interest upon said principal amount from the date of judgment at the legal rate. 18%

Therefore, YOU ARE COMMANDED, that the goods and chattels, lands and tenements of said defendant(s), and ESPECIALLY/ONLY of the following described property, to wit:

You cause to be made the several sums set out in the foregoing recital of the judgment in this case and have the said several sums of money before the State Court of this County at the next term of court, with this Writ to render to said plaintiff(s) the principal, interest, attorney fees and cost aforesaid.

Witness the Honorable Judges of said Court.

This June 12, 2007.

Kenneth Cheek, Clerk
State Court of DeKalb County

By: _____
Deputy Clerk

EXHIBIT "C" FOLLOWS

# STATE COURT OF DEKALB COUNTY
## GEORGIA, DEKALB COUNTY
### WRIT OF FIERI FACIAS

Lien Book 470 Pg 317
Filed and Recorded Jun-20-2007 01:21pm
2007-0117047
Linda Carter
Clerk of Superior Court
DeKalb County, Georgia

FINANCIAL PACIFIC LEASING LLC

Plaintiff(s)

Lien 762 Pg 3224
Filed and Recorded Jul-25-2007 03:49pm
2007-0214939
Cathelene Robinson
Clerk of Superior Court
Fulton County, Georgia

| | |
|---|---|
| 07A62067-3 | CASE NUMBER |
| MAY 3 2007 | JUDGMENT DATE |

**Plaintiff's Attorney- Name, Address & Telephone**

JAMES W. MARTIN
ONE SECURITIES CENTER SUITE 300
3490 PIEDMONT RAOD NE
ATLANTA, GA 30305

VS.

MILLENNIUM VENTURES INVESTMENT GROUP INC D/B/A C'EST BON, KIRK HAYNES, VICTOR HAYNES, ROBERT MITCHELL A/K/A ROBERT MITCHELL JR AND JOSEPH WEATHERSPOON

Defendant(s)

404-266-2421    Telephone & Area Code

Fi. Fa in Hands of: ATTORNEY

### CANCELLATION

The within and foregoing Fi. Fa. having been paid in full the Clerk of Superior Court is hereby directed to cancel it of record this _____ day of _____ 20____

Signature: _____

Title: _____

DOC# 009342
FILED IN OFFICE
07/09/2007   03:08 PM
BK:484   PG:52-52
JUDITH A LEWIS
CLERK OF SUPERIOR COURT
HENRY COUNTY

To the Marshal of the State Court of DeKalb County or his lawful Deputies and to all and singular the Sheriffs of the State or their lawful Deputies: and to all lawful Constables of said State.

In the above styled case, and on the judgment date set out, the plaintiff(s) named above recovered against the defendant(s) named above, judgment in the following sums.

| | |
|---|---|
| 31173.50 | Principal |
| 2805.61 | Interest |
| 0.00 | Other |
| 3235.87 | Attorney's Fees |
| 182.50 | Court Costs |
| 37397.48 | Total |

NOTE:

with future interest upon said principal amount from the date of judgment at the legal rate. 18%

Therefore, YOU ARE COMMANDED, that the goods and chattels, lands and tenements of said defendant(s), and ESPECIALLY/ONLY of the following described property, to wit:

You cause to be made the several sums set out in the foregoing recital of the judgment in this case and have the said several sums of money before the State Court of this County at the next term of court, with this Writ to render to said plaintiff(s) the principal, interest, attorney fees and cost aforesaid.

Witness the Honorable Judges of said Court.

This June 12, 2007.

Kenneth Cheek, Clerk
State Court of DeKalb County

By: _____
Deputy Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| KIRK LEONCE HAYNES and ) | Case No. 07-81191-JEM |
| KATHERINE CAREY HAYNES ) | |
| ) | |
| Debtors. ) | |
| KIRK HAYNES, ) | |
| Movant, ) | |
| v. ) | CONTESTED MATTER |
| ) | |
| FINANCIAL PACIFIC LEASING, LLC, ) | |
| Respondent. ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a true and correct copy of the within and foregoing "NOTICE OF REQUIREMENT OF RESPONSE TO MOTION TO AVOID LIENS ON EXEMPT PROPERTY AND OF TIME TO FILE SAME" and "MOTION AVOID JUDICIAL LIENS OF FINANCIAL PACIFIC LEASING, LLC" by placing same in a properly addressed envelope with adequate postage affixed thereon by placing same in the U.S. Mail upon the following:

Financial Pacific Leasing, LLC
Attn: President
PO Box 4568
Federal Way, WA 98063-4568

United States Trustee
362 Richard B. Russell Building
75 Spring Street
Atlanta, GA 30303

Robert Trauner
Trauner, Cohen & Thomas, L.L.P.
Suite 500 - The Palisades
5901-C Peachtree Dunwoody Rd.
Atlanta, GA 30328

James W. Martin
One Securities Center
Suite 300
3490 Piedmont Rd., NE
Atlanta, GA 30305

Financial Pacific Leasing, LLC
c/o Registered Agent Solutions, Inc., Registered Agent
900 Old Roswell Lakes Parkway
Roswell, GA 30076

Respectfully submitted this 28th day of March, 2008.

JONES & WALDEN, LLC

/s/ M. Denise Dotson
M. Denise Dotson
Georgia Bar No. 227230
21 Eighth Street, NE
Atlanta, Georgia 30309
(404) 564-9300